UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEUNTA FINCH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:20-cv-00653 |
| | ) | Judge Marvin E. Aspen |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION & ORDER

MARVIN E. ASPEN, District Judge:

Deunta Finch filed a supplemental brief in support of his Section 2255 motion. (Dkt. No. 17.) The government has until December 29, 2020 to file a response. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: December 15, 2020
Chicago, Illinois